UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. John J. Hughes |
| v. | : | Crim. No. 08- 1142 |
| ROBERT GUNNELL | : | SEALING ORDER |
| | : | |

This matter having come before the Court upon the application of the United States of America, (Jennifer Davenport, Assistant U.S. Attorney, appearing), for an arrest warrant, and its concurrent application that the Criminal Complaint filed against the person named in the warrant be filed under seal, and good cause having been shown,

IT IS, on this 18th day of December, 2008,

ORDERED that, except for such copies of the arrest warrant as are necessary to accomplish their purpose, the Criminal Complaint and all other documents filed in this matter be and hereby are SEALED until the arrest warrant is executed or until further order of the Court.

_____
Hon. John J. Hughes
United States Magistrate Judge